UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAGNER TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 16-3474 (EP)(MAH)<br><br>**MEDIATION REFERRAL AND ADMINISTRATIVE TERMINATION ORDER** |

**THE COURT HAVING DETERMINED** that this action should be referred to mediation pursuant to Local Civil Rule 301.1,

**IT IS** on this day, March 8, 2023, **ORDERED** that:

1. The parties are referred to mediation before Judge Jose Linares (ret.), a District of New Jersey Certified Mediator, subject to the mediator's completion of a conflicts check. The parties shall contact the mediator to schedule the mediation session. The mediator's contact information is available on the Court's website at https://www.njd.uscourts.gov/sites/njd/files/MasterListMediation.pdf.

2. The parties shall complete mediation on or before **May 31, 2023**.

3. Pending the completion of mediation, the action shall be administratively terminated, without prejudice to restoration to the active docket at the conclusion of mediation.

4. Discovery shall be stayed pending the completion of mediation.

5. The parties shall appear for a telephonic status conference before the undersigned on **June 8, 2023 at 10:00 a.m.** The parties shall submit a concise joint status letter to the Court no later than one week in advance of the conference. Dial-in information for the conference is 1-888-684-8852 access code 1456817#.

                                      *s/Michael A. Hammer*
                                    Hon. Michael A. Hammer
                                    United States Magistrate Judge