UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRISTAR PRODUCTS, INC., et al.,<br>    Plaintiffs,<br>v.<br>NATIONAL EXPRESS, INC., et al.,<br>    Defendants. | Civil Action No. 13-7752 (EP) (MAH) |
| TELEBRANDS CORP.,<br>    Plaintiff,<br>v.<br>RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Defendants. | Civil Action No. 15-3163 (EP) (MAH) |
| RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Plaintiffs,<br>v.<br>TELEBRANDS CORPORATION, et al.,<br>    Defendants. | Civil Action No. 15-8185 (EP) (MAH) |
| TELEBRANDS CORP.,<br>    Plaintiff,<br>v.<br>RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Defendants. | Civil Action No. 16-3474 (EP) (MAH) |
| TELEBRANDS CORP.,<br>    Plaintiff,<br>v.<br>RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Defendants. | Civil Action No. 16-3594 (EP) (MAH) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NOAM KRITZER**

PLEASE TAKE NOTICE that Noam Kritzer hereby withdraws his appearance as counsel of record for Tristar Products, Inc. in the above-captioned actions and requests that he be removed from the Court's service list for these actions. Tristar Products, Inc. will continue to be represented by the law firm Gibbons P.C. in these actions.

| | |
|---|---|
| Dated:  September __, 2023 | s/ Noam Kritzer |
| | Noam Kritzer |
| | **KRITZER MCPHEE LLP** |
| | 256 Columbia Turnpike |
| | Edison Suite, #204 |
| | Florham Park, NJ 07932 |
| | nkritzer@kmpatentlaw.com |