UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRISTAR PRODUCTS, INC., et al.,<br>    Plaintiffs,<br>v.<br>NATIONAL EXPRESS, INC., et al.,<br>    Defendants. | Civil Action No. 13-7752 (EP) (MAH) |
| TELEBRANDS CORP.,<br>    Plaintiff,<br>v.<br>RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Defendants. | Civil Action No. 15-3163 (EP) (MAH) |
| RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Plaintiffs,<br>v.<br>TELEBRANDS CORPORATION, et al.,<br>    Defendants. | Civil Action No. 15-8185 (EP) (MAH) |
| TELEBRANDS CORP.,<br>    Plaintiff,<br>v.<br>RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Defendants. | Civil Action No. 16-3474 (EP) (MAH) |
| TELEBRANDS CORP.,<br>    Plaintiff,<br>v.<br>RAGNER TECHNOLOGY CORPORATION, et al.,<br>    Defendants. | Civil Action No. 16-3594 (EP) (MAH)<br><br>**ORDER GRANTING**<br>***PRO HAC VICE* ADMISSION OF PAUL M. SCHOENHARD, NICOLE M. JANTZI, AND EMMA KOLESAR** |

**THIS MATTER** having been brought before the Court by Tristar Products, Inc. ("Tristar"), by and through its attorneys, Gibbons P.C., for entry of an Order admitting Paul M. Schoenhard, Nicole M. Jantzi, and Emma Kolesar of the law firm Fried, Frank, Harris, Shriver &

Jacobson LLP as counsel *pro hac vice* for Tristar pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting certifications of counsel; and no parties having objected; and for good cause shown,

IT IS on this 14th day of September 2023, hereby

**ORDERED** that Tristar's application is granted, and Paul M. Schoenhard, Nicole M. Jantzi, and Emma Kolesar are admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with these actions; and it is further

**ORDERED** that Paul M. Schoenhard, Nicole M. Jantzi, and Emma Kolesar shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Paul M. Schoenhard, Nicole M. Jantzi, and Emma Kolesar shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which counsel continues to represent Tristar in this matter; and it is further

**ORDERED** that Paul M. Schoenhard, Nicole M. Jantzi, and Emma Kolesar shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civ. R. 101.1(3)(c); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be

responsible for them and for the conduct of Paul M. Schoenhard, Nicole M. Jantzi, and Emma Kolesar.

SO ORDERED

*s/Michael A. Hammer*

Honorable Michael A. Hammer, U.S.M.J.

Date: 9/14/23

3