

J. BRUGH LOWER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4581 Fax: (973) 639-6292
jlower@gibbonslaw.com

March 1, 2024

**VIA ECF**

Honorable Evelyn Padin, U.S.D.J.
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** *Blue Gentian, LLC, et al. v. Tristar Products, Inc.*, **Civil Action No. 13-1758**
*Ragner Technology Corp., et al. v. Berardi, et al.*, **Civil Action No. 15-7752**
*Tristar Products, Inc., et al. v. National Express, Inc., et al.*, **Civil Action No. 13-7752**
*Telebrands Corp. v. Ragner Technology Corp., et al.*, **Civil Action No. 15-3163**
*Ragner Technology Corp., et al. v. Telebrands Corp., et al.*, **Civil Action No. 15-8185**
*Telebrands Corp. v. Ragner Technology Corp., et al.*, **Civil Action No. 16-3474**
*Telebrands Corp. v. Ragner Technology Corp., et al.*, **Civil Action No. 16-3594**

Dear Judge Padin and Judge Hammer:

I am a Director with Gibbons P.C., counsel for Tristar Products, Inc. ("Tristar") in the seven above-referenced actions. I am writing in that capacity, pursuant to New Jersey Rule of Professional Conduct 1.12(b), to provide written notice to the Court and all parties in these actions that (1) this Firm has welcomed the recently retired Honorable Noel L. Hillman to the Firm's Business & Commercial Litigation Group and that (2) the Firm has established a screen isolating Judge Hillman from the Firm's representation of Tristar in these seven actions.

While serving as a United States District Judge in the United States District Court for the District of New Jersey, Judge Hillman presided over two of the above-referenced actions involving Tristar: Civil Action Nos. 13-1758 and 15-7752. These two actions are related to the five additional actions pending before the Court that Judge Hillman did not preside over and in which he did not participate personally and substantially as a judge: Civil Action Nos. 13-7752, 15-3163, 15-8185, 16-3474, and 16-3594.

Respectfully submitted,

s/ J. Brugh Lower
J. Brugh Lower

cc: All counsel of record (via ECF)